## Commonwealth *v.* Mack, Appellant.

Before JOHNSTONE, JR., P. J.

Submitted June 10, 1974. *Penn B. Glazier,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.